# Exhibit B

mirahold1 8

**Action Required: Please complete payment in your cart.**

You may not participate in auctions or place backorders when you have items in your cart.

# NexusMutual.com

**This domain auction ended on Saturday, December 2, 2023 at 4:48 PM**

**See WhoIs on this domain**

WhoIs Lookup

NameBright

Bids

| | | |
|---|---|---|
| Y0URB1D | $53,499 | High Bid — Dec 2, 2023 at 4:43 PM |
| Elwood | $52,500 | P — Dec 2, 2023 at 4:43 PM |
| Elwood | $50,999 | P — Dec 2, 2023 at 4:40 PM |
| Y0URB1D | $49,999 | Dec 2, 2023 at 4:40 PM |
| Elwood | $48,050 | P — Dec 2, 2023 at 4:35 PM |
| Y0URB1D | | |

Elwood P

**$46,050** Dec 2, 2023 at 4:31 PM

Y0URB1D

**$45,050** Dec 2, 2023 at 4:31 PM

Elwood P

**$44,050** Dec 2, 2023 at 4:26 PM

Y0URB1D

**$43,050** Dec 2, 2023 at 4:26 PM

Elwood P

**$42,050** Dec 2, 2023 at 4:22 PM

Y0URB1D

**$41,050** Dec 2, 2023 at 4:22 PM

Elwood P

**$40,050** Dec 2, 2023 at 4:17 PM

Y0URB1D

**$39,050** Dec 2, 2023 at 4:17 PM

Elwood P

**$38,050** Dec 2, 2023 at 4:13 PM

Y0URB1D

**$37,050** Dec 2, 2023 at 4:13 PM

Elwood P

mirahold1 8

Y0URB1D

**$35,050** Dec 2, 2023 at 4:08 PM

Elwood P

**$34,050** Dec 2, 2023 at 4:03 PM

Y0URB1D

**$33,050** Dec 2, 2023 at 4:03 PM

Elwood P

**$32,050** Dec 2, 2023 at 3:59 PM

Y0URB1D

**$31,050** Dec 2, 2023 at 3:59 PM

Elwood P

**$30,050** Dec 2, 2023 at 3:54 PM

Y0URB1D

**$29,050** Dec 2, 2023 at 3:54 PM

Elwood P

**$28,050** Dec 2, 2023 at 3:50 PM

Y0URB1D

**$27,050** Dec 2, 2023 at 3:50 PM

Elwood P

**$26,050** Dec 2, 2023 at 3:45 PM

Y0URB1D

mirahold1 8

Elwood P

**$24,550** Dec 2, 2023 at 3:41 PM

Y0URB1D

**$24,050** Dec 2, 2023 at 3:41 PM

Elwood P

**$23,550** Dec 2, 2023 at 3:36 PM

Y0URB1D

**$23,050** Dec 2, 2023 at 3:36 PM

Elwood P

**$22,550** Dec 2, 2023 at 3:32 PM

Y0URB1D

**$22,050** Dec 2, 2023 at 3:32 PM

Elwood P

**$21,550** Dec 2, 2023 at 3:27 PM

Y0URB1D

**$21,050** Dec 2, 2023 at 3:27 PM

Elwood P

**$20,550** Dec 2, 2023 at 3:23 PM

Y0URB1D

**$20,050** Dec 2, 2023 at 3:23 PM

Elwood P

mirahold1 8

| | |
|---|---|
| Y0URB1D<br>**$19,050** | Dec 2, 2023 at 3:18 PM |
| Elwood<br>**$18,550** | Dec 2, 2023 at 3:14 PM |
| Y0URB1D<br>**$18,050** | Dec 2, 2023 at 3:14 PM |
| Elwood<br>**$18,000** | P<br>Dec 2, 2023 at 3:14 PM |
| Elwood<br>**$17,550** | P<br>Dec 2, 2023 at 3:09 PM |
| Y0URB1D<br>**$17,050** | Dec 2, 2023 at 3:09 PM |
| Elwood<br>**$16,550** | P<br>Dec 2, 2023 at 3:05 PM |
| Y0URB1D<br>**$16,050** | Dec 2, 2023 at 3:05 PM |
| Elwood<br>**$15,550** | P<br>Dec 2, 2023 at 3:01 PM |
| Y0URB1D<br>**$15,050** | Dec 2, 2023 at 3:01 PM |
| Elwood | P |

Y0URB1D

**$14,050** Dec 2, 2023 at 2:57 PM

Elwood **P**

**$13,550** Dec 2, 2023 at 2:52 PM

Y0URB1D

**$13,050** Dec 2, 2023 at 2:52 PM

Elwood **P**

**$12,550** Dec 2, 2023 at 2:48 PM

Y0URB1D

**$12,050** Dec 2, 2023 at 2:48 PM

Elwood **P**

**$11,550** Dec 2, 2023 at 2:44 PM

Y0URB1D

**$11,050** Dec 2, 2023 at 2:44 PM

Elwood **P**

**$10,550** Dec 2, 2023 at 2:40 PM

Y0URB1D

**$10,050** Dec 2, 2023 at 2:40 PM

Elwood **P**

**$9,800** Dec 2, 2023 at 2:36 PM

Y0URB1D

mirahold1 8

Elwood P

**$9,300** Dec 2, 2023 at 2:31 PM

Y0URB1D

**$9,050** Dec 2, 2023 at 2:31 PM

Elwood P

**$8,800** Dec 2, 2023 at 2:27 PM

Y0URB1D

**$8,550** Dec 2, 2023 at 2:27 PM

Elwood P

**$8,300** Dec 2, 2023 at 2:23 PM

Y0URB1D

**$8,050** Dec 2, 2023 at 2:23 PM

Elwood P

**$7,800** Dec 2, 2023 at 2:19 PM

Y0URB1D

**$7,550** Dec 2, 2023 at 2:19 PM

Elwood P

**$7,300** Dec 2, 2023 at 2:15 PM

Y0URB1D

**$7,050** Dec 2, 2023 at 2:15 PM

Elwood P

miraho1d1 8

Y0URB1D

**$6,550** Dec 2, 2023 at 2:11 PM

Elwood P

**$6,300** Dec 2, 2023 at 2:07 PM

Y0URB1D

**$6,050** Dec 2, 2023 at 2:07 PM

Elwood P

**$5,800** Dec 2, 2023 at 2:04 PM

Y0URB1D

**$5,550** Dec 2, 2023 at 2:04 PM

Elwood

**$5,300** Dec 2, 2023 at 2:01 PM

Y0URB1D

**$5,050** Dec 2, 2023 at 2:01 PM

Elwood P

**$5,000** Dec 2, 2023 at 2:01 PM

Elwood P

**$4,950** Dec 2, 2023 at 1:57 PM

Y0URB1D

**$4,850** Dec 2, 2023 at 1:57 PM

Elwood

mirahold1 8

YOURB1D
$4,650
Dec 2, 2023 at 1:54 PM

Elwood P
$4,550
Dec 1, 2023 at 12:12 PM

YOURB1D
$4,499
Dec 1, 2023 at 12:12 PM

Elwood P
$4,099
Dec 1, 2023 at 12:11 PM

YOURB1D
$3,999
Dec 1, 2023 at 12:11 PM

Elwood P
$3,720
Dec 1, 2023 at 12:11 PM

YOURB1D
$3,620
Dec 1, 2023 at 12:11 PM

Elwood P
$3,520
Dec 1, 2023 at 12:10 PM

YOURB1D
$3,420
Dec 1, 2023 at 12:10 PM

Elwood P
$3,320
Dec 1, 2023 at 11:09 AM

govision

mirahold1 8

Elwood P

**$3,120** Dec 1, 2023 at 11:09 AM

govision

**$3,020** Dec 1, 2023 at 11:09 AM

Elwood P

**$2,920** Dec 1, 2023 at 11:09 AM

govision

**$2,820** Dec 1, 2023 at 11:09 AM

Elwood

**$2,720** Dec 1, 2023 at 10:58 AM

govision

**$2,620** Dec 1, 2023 at 10:33 AM

cccera69

**$2,520** Dec 1, 2023 at 10:29 AM

govision

**$2,420** Dec 1, 2023 at 10:28 AM

Elwood P

**$2,400** Dec 1, 2023 at 10:28 AM

Elwood P

**$2,320** Dec 1, 2023 at 10:27 AM

govision

Elwood P
**$2,120** Dec 1, 2023 at 10:27 AM

govision
**$2,020** Dec 1, 2023 at 10:27 AM

Elwood
**$1,920** Dec 1, 2023 at 10:24 AM

govision
**$1,820** Dec 1, 2023 at 10:14 AM

Elwood P
**$1,800** Dec 1, 2023 at 10:14 AM

Elwood
**$1,720** Dec 1, 2023 at 10:10 AM

govision P
**$1,620** Dec 1, 2023 at 10:10 AM

govision
**$1,520** Dec 1, 2023 at 10:05 AM

Elwood P
**$1,500** Dec 1, 2023 at 10:05 AM

Elwood P
**$1,420** Dec 1, 2023 at 10:04 AM

govision

mirahold1 8

Elwood

$1,220 Dec 1, 2023 at 10:03 AM

govision

$1,120 Dec 1, 2023 at 9:53 AM

Elwood P

$1,020 Dec 1, 2023 at 9:53 AM

govision

$1,020 Dec 1, 2023 at 9:53 AM

Elwood P

$970 Dec 1, 2023 at 9:53 AM

govision

$920 Dec 1, 2023 at 9:53 AM

Elwood

$870 Dec 1, 2023 at 9:30 AM

cccera69

$820 Dec 1, 2023 at 9:18 AM

govision

$770 Dec 1, 2023 at 9:18 AM

Elwood P

$720 Dec 1, 2023 at 9:18 AM

govision

mirahold1 8

Elwood P
$650 Dec 1, 2023 at 9:18 AM

govision
$600 Dec 1, 2023 at 9:18 AM

Elwood P
$550 Dec 1, 2023 at 9:17 AM

cccera69
$500 Dec 1, 2023 at 9:17 AM

Elwood
$460 Dec 1, 2023 at 9:11 AM

govision
$440 Dec 1, 2023 at 9:10 AM

Elwood P
$420 Dec 1, 2023 at 9:10 AM

govision
$420 Dec 1, 2023 at 9:10 AM

Elwood P
$400 Dec 1, 2023 at 9:10 AM

govision
$380 Dec 1, 2023 at 9:10 AM

Elwood

mirahold1 8

govision
**$340** Dec 1, 2023 at 8:50 AM

Elwood
**$320** Dec 1, 2023 at 3:41 AM

govision
**$300** Dec 1, 2023 at 2:54 AM

cccera69 **P**
**$280** Dec 1, 2023 at 2:54 AM

govision
**$267** Dec 1, 2023 at 2:54 AM

cccera69 **P**
**$247** Dec 1, 2023 at 2:54 AM

govision
**$227** Dec 1, 2023 at 2:54 AM

cccera69 **P**
**$207** Dec 1, 2023 at 2:54 AM

govision
**$197** Dec 1, 2023 at 2:54 AM

cccera69 **P**
**$187** Dec 1, 2023 at 2:53 AM

govision

DropCatch.com mirahold1 8

cccera69 P
**$167** Dec 1, 2023 at 2:53 AM

govision
**$157** Dec 1, 2023 at 2:53 AM

cccera69
**$147** Nov 30, 2023 at 2:03 PM

Elwood P
**$137** Nov 30, 2023 at 2:03 PM

Elwood P
**$115** Nov 30, 2023 at 2:03 PM

cccera69
**$105** Nov 30, 2023 at 2:03 PM

Elwood P
**$89** Nov 30, 2023 at 12:10 PM

Y0URB1D
**$84** Nov 30, 2023 at 12:10 PM

Elwood
**$79** Nov 30, 2023 at 11:58 AM

shukurmedia
**$74** Nov 30, 2023 at 11:43 AM

bosskk

DropCatch mirahold1 8

logged

**$64** Nov 28, 2023 at 2:31 PM

cccera69

**$59** Nov 25, 2023 at 1:13 AM

zr8jsdgtgs

**$59** Nov 27, 2023 at 6:44 AM

Murrayseo

**$59** Nov 27, 2023 at 10:56 PM

user1736

**$59** Nov 27, 2023 at 11:15 PM

first1

**$59** Nov 28, 2023 at 3:01 AM

michareyes

**$59** Nov 28, 2023 at 9:04 AM

skippy

**$59** Nov 28, 2023 at 11:04 AM

shukurmedia

**$59** Nov 28, 2023 at 11:16 AM

Maderchod

**$59** Nov 28, 2023 at 12:07 PM

aliasDraco

mirahold1 8

Items per page: 250 1 – 171 of 171

Let DropCatch help you get your next domain

# Acquire great domains | Committed to customer satisfaction

Home
Buy Domains
Sell Domains
Downloads
How This Works
Service Status
About Us
Contact Us
Terms and Conditions
Legacy DropCatch
Support: +1-303-502-9098